# TROY LAW, PLLC
## ATTORNEYS/COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

January 30, 2018

<u>*VIA ECF*</u>
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Letter Submitting Attorney Invoice of Supplemental Submission**
*<u>Xing et al. v. Fishion Inc. et al., 15-cv-10184 (VEC)</u>*

Dear Judge Caproni,

      This office represents the Plaintiffs in the above captioned case. Per Your Honor's order dated January 18, 2018. ECF No. 93. We write respectfully to submit the Plaintiffs' Attorney Fee Invoice and revised executed settlement agreement in support of the Joint Fairness Letter Motion for the case.

      We thank the court for its time and consideration in this matter.

      Respectfully submitted,
      TROY LAW, PLLC
      <u>/s/ John Troy</u>
      John Troy
      *Attorney for Plaintiffs*

<u>*VIA ECF*</u>
cc:   Bruce N. Lederman, Esq.
      *Attorney for Defendants*