```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #:
                                                    DATE FILED: 2/2/18
------------------------------------------------------------X
WEIYAN XING and SHIFEI SI a/k/a SOFIA SI,           :
on behalf of themselves and others similarly        :
situated,                                           :
                                                    :
                                                    :       15-CV-10184 (VEC)
                                  Plaintiffs,       :
                                                    :            ORDER
                    -against-                       :
                                                    :
                                                    :
FISHION INC. d/b/a Fishion Herb Center and          :
CHIEH-MING HUANG,                                   :
                                                    :
                                  Defendants.       :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 30, 2017 the mediator reported that the mediation was successful, and agreement was reached on all issues;

WHEREAS the Court ordered the parties on December 1, 2017 to file a joint letter motion requesting that the Court approve the settlement agreement [Dkt. 88]; and

WHEREAS the parties have now filed such a motion [Dkts. 91, 92, 94];

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, as the Court finds that the settlement agreement is fair and reasonable, including its provision for attorneys' fees. The Court notes that Plaintiffs' counsel's billing records reflect a lodestar of roughly double the fee sought. The Court has approved the requested fee, but notes that when the Court conducted a cross-check against the lodestar, the Court noted that the hourly rates and hours billed (e.g., almost 9 hours for preparation of a run-of-the-mill FLSA complaint at a billing rate of $450) are both excessive.

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement agreement and release in this matter. The Clerk of Court is instructed to terminate Docket Entry 91 and close the matter.

**SO ORDERED.**

Date:  February 2, 2018
       New York, New York

                                                                                           **VALERIE CAPRONI**
                                                                                           **United States District Judge**